IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
------------------------------------------------  :
-                                                 :
UNITED STATES OF AMERICA                          : CASE NO.  1:06CR565
                                                  :
                      Plaintiff                   :
                                                  :
           -vs-                                   :
                                                  : ORDER ACCEPTING PLEA AGREEMENT
JONATHAN STEELE                                   : AND JUDGMENT AND NOTICE OF
                                                  : HEARING
                      Defendant                   :
------------------------------------------------
-
```

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Nancy A. Vecchiarelli regarding the change of plea hearing and plea agreement of Jonathan Steele which was referred to the Magistrate Judge with the consent of the parties.

    On 6 December 2006, the government filed a two-count indictment against Jonathan Steele for conspiracy to distribute cocaine base and cocaine and distribution of cocaine base in violation of 21 U.S.C. Sections 846, 841(a)(1), and 841(b)(1)(C). On 26 December 2006, a hearing was held in which Jonathan Steele entered a plea of not guilty before Magistrate Judge David S. Perelman, waived his right to a detention hearing and executed a waiver. On 27 February 2007, Magistrate Judge Vecchiarelli

received Jonathan Steele's plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Jonathan Steele is found to be competent to enter a plea. He understands his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Jonathan Steele is adjudged guilty of Count One in violation of 21 U.S.C. Section 846.

Sentencing will be:

> **4 June 2007 at 9:30 a.m.**
>
> **Courtroom 19-A**
> **19th Floor, United States District Court**
> **801 West Superior Avenue**
> **Cleveland, Ohio 44113**

IT IS SO ORDERED.


Dated: <u>19 March 2007</u>          /s/Lesley Wells
                                     UNITED STATES DISTRICT JUDGE